# Exhibit A

# Canteen Correctional Services

## Certificate of Accomplishment

*Presented to*

### Victor Javier Ozuna Alvarez

*For successfully completing*

**In-Service Kitchen Skills Training Program**

*Presented on*     November 18, 2024

_____     _____
Instructor                                   MORENO
                                            District Manager

# Canteen Correctional Services

## Certificate of Accomplishment

*Presented to*

# OZUNA ALVAREZ

*For successfully completing*

### In-Service Kitchen Skills Training Program

*Presented on    December 6, 2024*



Instructor

F. MORENO
District Manager

## Canteen Correctional Services

# Certificate of Accomplishment

Presented to

## OZUNA ALVAREZ

For successfully completing

### In-Service Kitchen Skills Training Program

Presented on    January 6, 2025

_Instructor_

F. MORENO
_District Manager_

## Canteen Correctional Services

# Certificate of Accomplishment

*Presented to*

## Victor Javier Ozuna Alvarez

*For successfully completing*

**In-Service Kitchen Skills Training Program**

*Presented on     February 1, 2025*

*Instructor*     *District Manager*

# Canteen Correctional Services

## Certificate of Accomplishment

*Presented to*

## Victor Javier Ozuna Alvarez

*For successfully completing*

In-Service Kitchen Skills Training Program

*Presented on*     March 16, 2025

_____    MORENO
Instructor                  District Manager